IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CATO,** | Case No. 2:17-cv-01873 TLN EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **M. DARST, et al.,** | |
| Defendants. | |

Having found that there is good cause to grant Defendants Darst and Romero's first request for an extension of time to file an answer to Plaintiff's Complaint, the Court will vacate the time for Defendants to answer the Complaint until after the Court rules on Defendants De La Garza, Bennett, Snyder, and Campbell's motion to dismiss.

Dated: September 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE