IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CATO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**M. DARST, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-01873 TLN EFB (PC)<br><br>**[PROPOSED] ORDER** |

　　Having reviewed Defendants' Motion for Summary Judgment and Motion for Stay of Discovery, this Court finds good cause to grant Defendants' Motion for Stay of Discovery. Thus, if the Court denies Defendants' motion, once that decision becomes final, the parties shall have thirty (30) days' time from the date of the order denying summary judgment to serve responses to any pending discovery request served before the date of this Order.

Dated: October 17, 2019.　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Edmund F. Brennan