IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CATO,** | Case No. 2:17-cv-01873-TLN EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER |
| v. | |
| **M. DARST, et al.,** | |
| Defendants. | |

    The Court has reviewed Defendants' Motion to Modify the Discovery and Scheduling Order. The Court finds that Defendants have demonstrated good cause to modify the discovery and scheduling order. (ECF No. 34.) Defendants' Motion is hereby GRANTED. Once the Court issues a ruling on the Court's Findings and Recommendations as to Defendant's Motion for Summary Judgment, the Court will issue a revised Discovery & Scheduling Order, which will provide new dates to conduct merits-based discovery.

Dated: March 30, 2020.

                                         _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE