UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DARST, *et al.*<br><br>    Defendants. | Case No. 2:17-cv-01873-TLN-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A REPLY<br><br>ECF No. 64<br><br>FOURTEEN-DAY DEADLINE |

    Plaintiff filed two requests to voluntarily dismiss this action. ECF Nos. 61, 62. On December 1, 2020, the court directed defendants to file a document stipulating to dismissal of this action without prejudice, or otherwise respond to plaintiff's requests for voluntary dismissal. ECF No. 63. Defendants timely filed an opposition to plaintiff's requests, arguing that any dismissal of this action should be with prejudice. ECF No. 64. Alternatively, defendants argue that should this action be dismissed without prejudice, plaintiff should be required to reimburse them the reasonable expenses they incurred in seeking to compel discovery. *Id*. at 5.

    Plaintiff is granted fourteen days to file a reply to defendants' opposition. Thereafter, plaintiff's requests for voluntary dismissal with stand submitted for decision.

IT IS SO ORDERED.

1 | Dated: January 21, 2021
2 | JEREMY D. PETERSON
  | UNITED STATES MAGISTRATE JUDGE