UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DARST, et al.,,<br><br>    Defendants. | No. 2:17-cv-01873-TLN-JDP<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 29, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 66.) Neither party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed September 29, 2021, (ECF No. 66), are adopted in full;

2. Plaintiff's notice of voluntary dismissal, (ECF No. 62), is construed as a motion for voluntarily dismissal;

3. Plaintiff's motion, (ECF No. 62), is GRANTED;

4. This action is voluntarily dismissed without prejudice; and

5. The Clerk of Court is directed to close the case.

**DATED:  November 12, 2021**

                                Troy L. Nunley
                                United States District Judge